DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEICO GENERAL INSURANCE COMPANY,**
Appellant,

v.

**JAMES M. HARVEY,**
Appellee.

No. 4D15-4724

[January 30, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 50-2013-CA-017284XXXXMB.

B. Richard Young, Adam A. Duke, Lindsay M. Mark, Courtney F. Smith, and Cody S. Pflueger of Young, Bill, Boles, Palmer & Duke, P.A., Miami, for appellant.

Philip M. Burlington, Bard D. Rockenbach and Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, and Kimberly L. Boldt, Jeffrey D. Mueller, and Mario R. Giommoni of Boldt Law Firm, P.A., Boca Raton, and Fred Cunningham, Sean Domnick, and Greg Yaffa of Domnick Cunningham & Whalen, Palm Beach Gardens, for appellee.

***ON REMAND FROM THE FLORIDA SUPREME COURT***

LEVINE, J.

This matter is before us on remand from the Florida Supreme Court following its decision in *Harvey v. GEICO General Insurance Co.*, 43 Fla. L. Weekly S375 (Fla. Sept. 20, 2018), which quashed *GEICO General Insurance Co. v. Harvey*, 208 So. 3d 810, 812 (Fla. 4th DCA 2017). In accordance with the supreme court's mandate, we remand and direct the trial court to reinstate the jury verdict and final judgment.

*Affirmed and remanded with instructions.*

GERBER, C.J., and KLINGENSMITH, J., concur.